**File Hashes for IP Address 24.5.1.118**

**ISP:** Comcast Cable
**Physical Location:** Redwood City, CA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/05/2015 16:25:53 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |

**Total Statutory Claims Against Defendant: 127**

EXHIBIT A

NCA41